1

2

3

4              IN THE UNITED STATES DISTRICT COURT

5            FOR THE EASTERN DISTRICT OF CALIFORNIA

6

7    ERIC HACKETT,                        1:04-CV-6739-REC-SMS-P

8                                         ORDER RE FINDINGS AND
               Plaintiff,                 RECOMMENDATION OF
9                                         APRIL 25, 2005 [Document #6]
          vs.
10                                        ORDER TO SUBMIT NEW APPLICATION
     WARDEN VASQUES, et al.,              TO PROCEED IN FORMA PAUPERIS
11                                        AND COPY OF TRUST ACCOUNT
                                          STATEMENT OR PAY FILING FEE
12             Defendants.
                                      /
13

14         Plaintiff is a prisoner proceeding pro se with a civil rights complaint pursuant to 42 U.S.C.

15   § 1983.  This proceeding was referred to this court by Local Rule 72-302 pursuant to 28 U.S.C.

16   § 636(b)(1).

17          On April 25, 2005, the Magistrate submitted findings and a recommendation to United

18   States District Judge Robert E. Coyle to dismiss plaintiff's case for failure to comply with the court's

19   order for plaintiff to submit a new application to proceed in forma pauperis and a certified copy of

20   his prison trust account statement, or pay the $150.00 filing fee.  On April 28, 2005, plaintiff

21   submitted objections to the findings and recommendation, notifying the court of his new address and

22   indicating that he was released from custody.  Due to his release, the court requires that plaintiff file

23   an application to proceed in forma pauperis **by a non-prisoner**.  Plaintiff shall be provided the

24   opportunity to submit a new application to proceed in forma pauperis by a non-prisoner, **or** pay the

25   $150.00 filing fee.

26         Accordingly, IT IS HEREBY ORDERED that:

27              1.    The Clerk's Office shall send to plaintiff the form for application to proceed in

28                                              1

1  forma pauperis **for a non-prisoner;** and

2          2.      Within thirty days of the date of service of this order, plaintiff shall submit a

3  completed application to proceed in forma pauperis **for a non-prisoner**, or in the alternative, pay the

4  $150.00 filing fee for this action.  Failure to comply with this order will result in a recommendation

5  that this action be dismissed.

6

7  IT IS SO ORDERED.

8  **Dated:    May 23, 2005**                            **/s/ Sandra M. Snyder**
   b6edp0                                    UNITED STATES MAGISTRATE JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
                                           2