IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC LEE HACKETT, | 1:04-CV-6739 REC SMS P |
| Plaintiff, | ORDER TO SUBMIT NEW APPLICATION TO PROCEED IN FORMA PAUPERIS AND CERTIFIED COPY OF TRUST ACCOUNT STATEMENT **OR** PAY FILING FEE |
| vs. | |
| WARDEN VASQUES, et al., | |
| Defendants. / | |

Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983 together with an application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.

On February 16, 2005, plaintiff was given an opportunity to submit a new application or to pay the $150.00 filing fee. On April 28, 2005, plaintiff advised the court he was paroled. The court on May 24, 2005 gave plaintiff another opportunity to submit an application to proceed in forma pauperis by a non-prisoner. On May 27, 2005 plaintiff advised the court he is now incarcerated at Wasco State Prison.

Plaintiff's original application to proceed in forma pauperis did not include the

required original signature by an authorized officer of the institution of incarceration, and plaintiff has not filed a certified copy of his prison trust account statement for the six month period immediately preceding the filing of the complaint.  See 28 U.S.C. § 1915(a)(2). Therefore, plaintiff will be provided the opportunity to submit a new application to proceed in forma pauperis and a certified copy of his trust account statement, **or** to pay the $150.00 filing fee.

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk's Office shall send to plaintiff the form for application to proceed in forma pauperis.

2. Within thirty days of the date of service of this order, plaintiff shall submit a completed application to proceed in forma pauperis and a certified copy of his prison trust account statement for the six month period immediately preceding the filing of the complaint, or in the alternative, to pay the $150.00 filing fee for this action.  Failure to comply with this order will result in a recommendation that this action be dismissed.

IT IS SO ORDERED.

**Dated:   July 7, 2005**             /s/ Sandra M. Snyder
b6edp0                       UNITED STATES MAGISTRATE JUDGE