IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ERIC LEE HACKETT, | ) | No. CV-F-04-6739 REC/SMS P |
| | ) | |
| | ) | ORDER DISMISSING ACTION AND |
| | ) | DIRECTING JUDGMENT FOR |
| Plaintiff, | ) | DEFENDANTS |
| | ) | |
| vs. | ) | |
| | ) | |
| VASQUES, et al., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

On August 24, 2005, the United States Magistrate Judge recommended that this action be dismissed because of plaintiff's failure to comply with a court order filed on July 8, 2005. The Magistrate Judge notes that plaintiff has been ordered four times to submit a new application to proceed in forma pauperis and has yet to comply with the order.

On September 6, 2005, plaintiff timely filed an objection to the recommendation. Plaintiff asserts that he "placed in the hands of Counselor Santos at Soledad State Prison In Forma Pauperis forms ... two weeks ago" and that the counselor must not

1

1  have forwarded the forms to the trust office.
2       However, plaintiff provides no explanation for his failure
3  to timely comply with the July 8, 2005 Order.  The court
4  concludes that plaintiff's assertion does not excuse his failure
5  to timely comply with the July 8, 2005 Order.  Consequently, the
6  court concurs with the recommendation and dismisses this action
7  for the reasons set forth in the recommendation.
8  IT IS SO ORDERED.
9  **Dated:  September 15, 2005**            **/s/ Robert E. Coyle**
   668554                                 UNITED STATES DISTRICT JUDGE

2